**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

SANDY CHIONG and MICHELLE MITCHUM,

|   | Plaintiffs, |
|---|---|

v.

HENRY MCMASTER, in his official capacity as
Governor of South Carolina,

|   | Defendant. |
|---|---|

Civil Action No.: 3:24-cv-7213-SAL

**STIPULATION OF DISMISSAL**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in light of the enactment of 2025

S.C. Acts No. 31, R-89, S. 214, Plaintiffs and the Governor stipulate to the dismissal of this case

without prejudice. Each party shall bear its own costs and fees.

Respectfully Submitted,

s/
JEFFREY P. DUNLAEVY
D.S.C. Bar No. 7575
DUNLAEVY LAW FIRM
37 Villa Road, Suite 440
Greenville, SC 29615
Telephone: (864) 208-9305
Email: jeff@dunlaevylaw.com

PACIFIC LEGAL FOUNDATION
CALEB R. TROTTER
Cal. Bar No. 305195 *
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Email: CTrotter@pacificlegal.org
CHRISTOPHER D. BARNEWOLT
D.C. Bar No. 90020413 *
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Email: CBarnewolt@pacificlegal.org

*Attorneys for Plaintiffs*
*\* Pro Hac Vice Applications forthcoming*

s/
Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
*Chief Legal Counsel*
Wm. Grayson Lambert (Fed. Bar No. 11761)
*Senior Litigation Counsel &*
*Chief Deputy Legal Counsel*
Erica W. Shedd (Fed. Bar No. 13206)
*Deputy Legal Counsel*
Tyra S. McBride (Fed. Bar No. 13324)
*Deputy Legal Counsel*
OFFICE OF THE GOVERNOR
South Carolina State House
1100 Gervais Street
Columbia, South Carolina 29201
(803) 734-2100
tlimehouse@governor.sc.gov
glambert@governor.sc.gov
eshedd@governor.sc.gov
tmcbride@governor.sc.gov

*Counsel for Governor McMaster*